UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANIECE MORRIS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ARDAGH GLASS PACKAGING, INC.; SAUNDRA CHILDERS; JOHN DOES 1-10 (fictitious names of entities and/or individuals whose identities are presently unknown), individually, jointly, severally and/or in the alternative,<br><br>　　　　　Defendants. | Civil Action No. 1:20-CV-12840 (NLH)(AMD)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

Plaintiff, Shaniece Morris and Defendants Ardagh Glass Inc. (improperly named "Ardagh Glass Packaging, Inc.") and Saunders Childers, by their undersigned attorneys, hereby stipulate and agree that Plaintiff's Complaint in its entirely is hereby dismissed with prejudice.

STIPULATED AND AGREED TO:

Dated: November 8, 2021　　　　　　　By: *[signature]*
　　　　　　　　　　　　　　　　　　　　　Alan H. Schorr, Esq.
　　　　　　　　　　　　　　　　　　　　　Christine A. Cross, Esq.
　　　　　　　　　　　　　　　　　　　　　SCHORR & ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　　　　　5 Split Rock Drive
　　　　　　　　　　　　　　　　　　　　　Cherry Hill, NJ 08003
　　　　　　　　　　　　　　　　　　　　　(856) 874-9090
　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

Dated: November 8, 2021　　　　　　　By: */s/ Katheryn Eisenmann*
　　　　　　　　　　　　　　　　　　　　　K. Clark Whitney, Esq.
　　　　　　　　　　　　　　　　　　　　　Katheryn Eisenmann, Esq.
　　　　　　　　　　　　　　　　　　　　　Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
　　　　　　　　　　　　　　　　　　　　　1735 Market Street, Suite 3000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　(215) 995-2800
　　　　　　　　　　　　　　　　　　　　　Counsel for Defendants